# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: COSGROVE, JAROD C. § Case No. 10-23542-ABC
      COSGROVE, SHANNON E. §
      COSGROVE, JAROD CHRISTOPHER §
Debtor(s) COSGROVE, SHANNON ELIZABETH §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PAUL T. GEFREH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $34,357.00   Assets Exempt: $32,595.75
*(without deducting any secured claims)*

Total Distribution to Claimants: $598.48   Claims Discharged Without Payment: $22,439.39

Total Expenses of Administration: $296.88

3) Total gross receipts of $ 895.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $895.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,516.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 296.88 | 296.88 | 296.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,444.13 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,755.64 | 9,801.65 | 9,801.65 | 598.48 |
| **TOTAL DISBURSEMENTS** | $23,715.77 | $10,098.53 | $10,098.53 | $895.36 |

4) This case was originally filed under Chapter 7 on May 28, 2010. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/22/2013          By: /s/PAUL T. GEFREH
                                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BC Services preference | 1141-000 | 895.35 |
| Interest Income | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$895.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Security Service Fcu | 4210-000 | 1,516.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,516.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL T. GEFREH | 2100-000 | N/A | 223.84 | 223.84 | 223.84 |
| PAUL T. GEFREH | 2200-000 | N/A | 53.04 | 53.04 | 53.04 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | | $296.88 | $296.88 | $296.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Integral Recoveries | 5200-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Integral Recoveries | 5200-000 | 388.75 | N/A | N/A | 0.00 |
| NOTFILED | Integral Recoveries | 5200-000 | 791.88 | N/A | N/A | 0.00 |
| NOTFILED | Integral Recoveries | 5200-000 | 387.50 | N/A | N/A | 0.00 |
| NOTFILED | Atchison County Court | 5800-000 | 316.00 | N/A | N/A | 0.00 |
| NOTFILED | Atchison County Court | 5800-000 | 210.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,444.13 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HSBC Bank Nevada, N.A. | 7100-000 | 271.19 | 207.02 | 207.02 | 12.64 |
| 2 | Great Lakes Educational Loan Services | 7100-000 | 4,904.00 | 5,081.42 | 5,081.42 | 310.27 |
| 3 | Us Dept Of Education | 7100-000 | 1,294.00 | 1,306.07 | 1,306.07 | 79.75 |
| 4 | American Infosource Lp As Agent for | 7100-000 | 691.36 | 691.36 | 691.36 | 42.21 |
| 5 | American Infosource Lp As Agent for | 7100-000 | 285.00 | 285.63 | 285.63 | 17.44 |
| 6 | American Infosource Lp As Agent for | 7100-000 | 992.00 | 992.28 | 992.28 | 60.59 |
| 7 | American Infosource Lp As Agent for | 7100-000 | N/A | 1,099.81 | 1,099.81 | 67.15 |
| 8 | American Infosource Lp As Agent for | 7100-000 | unknown | 138.06 | 138.06 | 8.43 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 359.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sheridan Health Corp., Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | University Physicians, Inc | 7100-000 | 452.00 | N/A | N/A | 0.00 |
| NOTFILED | Mystery Guild Book Club Member Service Center | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | National Credit System | 7100-000 | 3,394.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Medical Specialists | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | Mountain States Pathology | 7100-000 | 46.71 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 332.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 77.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Raphael   Dennis Md | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Gro | 7100-000 | 807.00 | N/A | N/A | 0.00 |
| NOTFILED | Pikes Peak Anesthesia | 7100-000 | 927.00 | N/A | N/A | 0.00 |
| NOTFILED | University Of Colorado Hospital | 7100-000 | 175.80 | N/A | N/A | 0.00 |
| NOTFILED | United Consumer Finl S | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Se | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Childrens Hospital | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Academy Womens Healthcare Assoc. | 7100-000 | 352.62 | N/A | N/A | 0.00 |
| NOTFILED | Colorado Springs Path Assoc | 7100-000 | 109.05 | N/A | N/A | 0.00 |
| NOTFILED | Computer Credit Inc. | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Colorado Springs Path Assoc | 7100-000 | 44.00 | N/A | N/A | 0.00 |
| NOTFILED | Centura Laboratory Services, | 7100-000 | 43.17 | N/A | N/A | 0.00 |
| NOTFILED | Childrens Hospital | 7100-000 | 425.48 | N/A | N/A | 0.00 |
| NOTFILED | Centura Lab/St Francis Medical Center | 7100-000 | 44.56 | N/A | N/A | 0.00 |
| NOTFILED | Centura Lab/St Francis Medical Center | 7100-000 | 1,604.70 | N/A | N/A | 0.00 |
| NOTFILED | Credit Service Co | 7100-000 | 1,021.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $19,755.64 | $9,801.65 | $9,801.65 | $598.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-23542-ABC  
**Case Name:** COSGROVE, JAROD C.  
COSGROVE, SHANNON E.  
**Period Ending:** 04/22/13

**Trustee:** (260140) PAUL T. GEFREH  
**Filed (f) or Converted (c):** 05/28/10 (f)  
**§341(a) Meeting Date:** 07/20/10  
**Claims Bar Date:** 11/29/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 5150 Airport Rd. B93, Colorado Springs | 31,431.00 | 0.00 * | | 0.00 | FA |
| 2 | Security Service Federal Credit Union | 25.00 | 77.83 * | | 0.00 | FA |
| 3 | Security Service Federal Credit Union | 25.00 | 6.25 * | | 0.00 | FA |
| 4 | Security Deposit Canyon Ridge Mobile Home Park | 100.00 | 0.00 * | | 0.00 | FA |
| 5 | Utilities Deposit Springs Utilities | 30.00 | 0.00 * | | 0.00 | FA |
| 6 | hhgs | 716.00 | 0.00 * | | 0.00 | FA |
| 7 | Clothing for three people | 300.00 | 0.00 * | | 0.00 | FA |
| 8 | 2004 Dodge Neon | 1,700.00 | 184.00 * | | 0.00 | FA |
| 9 | One dog of undetermined breed Two fish | 30.00 | 30.00 | | 0.00 | FA |
| 10 | wages  (u) | 0.00 | 78.22 * | | 0.00 | FA |
| 11 | BC Services preference | 0.00 | 905.70 * | | 895.35 | FA |
| 12 | cash  (u) | 0.00 | 118.00 * | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.01 | FA |
| 13 | **Assets    Totals** (Excluding unknown values) | **$34,357.00** | **$1,400.00** | | **$895.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 7, 2011          **Current Projected Date Of Final Report (TFR):**     February 6, 2013  (Actual)

\*  Trustee value is different from original estimate

Printed: 04/22/2013 12:53 PM     V.13.13

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 10-23542-ABC  
**Case Name:** COSGROVE, JAROD C.  
COSGROVE, SHANNON E.  
**Taxpayer ID #:** **-***9102  
**Period Ending:** 04/22/13

**Trustee:** PAUL T. GEFREH (260140)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-65 - Checking Account  
**Blanket Bond:** $84,384,262.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/10 | {11} | BC Services | turnover | 1141-000 | 895.35 | | 895.35 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 895.36 |
| 12/09/10 | 1001 | PAUL T. GEFREH | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/09/2010 FOR CASE #10-23542, Bond Payment<br>Voided on 12/10/10 | 2200-000 | | ! 0.83 | 894.53 |
| 12/10/10 | 1001 | PAUL T. GEFREH | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/09/2010 FOR CASE #10-23542, Bond Payment<br>Voided: check issued on 12/09/10 | 2200-000 | | ! -0.83 | 895.36 |
| 11/18/11 | 1002 | PAUL T. GEFREH | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/18/2011 FOR CASE #10-23542, Bond Payment<br>Voided on 12/20/11 | 2200-000 | | 0.83 | 894.53 |
| 12/20/11 | 1002 | PAUL T. GEFREH | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/18/2011 FOR CASE #10-23542, Bond Payment<br>Voided: check issued on 11/18/11 | 2200-000 | | -0.83 | 895.36 |
| 12/07/12 | 1003 | PAUL T. GEFREH | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/07/2012 FOR CASE #10-23542<br>Voided on 12/18/12 | 2200-000 | | ! 1.65 | 893.71 |
| 12/18/12 | 1003 | PAUL T. GEFREH | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/07/2012 FOR CASE #10-23542<br>Voided: check issued on 12/07/12 | 2200-000 | | ! -1.65 | 895.36 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001026014088 20121227 | 9999-000 | | T 895.36 | 0.00 |
| | | | ACCOUNT TOTALS | | 895.36 | 895.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 895.36 | |
| | | | Subtotal | | 895.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$895.36** | **$0.00** | |

{} Asset reference(s)          !-Not printed or not transmitted    T-Transfer                                 Printed: 04/22/2013 12:53 PM     V.13.13

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| **Case Number:** | 10-23542-ABC | | **Trustee:** | PAUL T. GEFREH (260140) |
|---|---|---|---|---|
| **Case Name:** | COSGROVE, JAROD C. | | **Bank Name:** | Rabobank, N.A. |
| | COSGROVE, SHANNON E. | | **Account:** | ****866165 - Checking Account |
| **Taxpayer ID #:** | **-***9102 | | **Blanket Bond:** | $84,384,262.00  (per case limit) |
| **Period Ending:** | 04/22/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | T       895.36 | | 895.36 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 885.36 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 875.36 |
| 03/01/13 | 11004 | HSBC Bank Nevada, N.A. | Dividend paid  6.10% on $207.02; Claim# 1; Filed: $207.02; Reference: 8395 | 7100-000 | | 12.64 | 862.72 |
| 03/01/13 | 11005 | Great Lakes Educational Loan Services | Dividend paid  6.10% on $5,081.42; Claim# 2; Filed: $5,081.42; Reference: 9577 | 7100-000 | | 310.27 | 552.45 |
| 03/01/13 | 11006 | Us Dept Of Education | Dividend paid  6.10% on $1,306.07; Claim# 3; Filed: $1,306.07; Reference: 1331 | 7100-000 | | 79.75 | 472.70 |
| 03/01/13 | 11007 | American Infosource Lp As Agent for | Dividend paid  6.10% on $691.36; Claim# 4; Filed: $691.36; Reference: 3456 | 7100-000 | | 42.21 | 430.49 |
| 03/01/13 | 11008 | American Infosource Lp As Agent for | Dividend paid  6.10% on $285.63; Claim# 5; Filed: $285.63; Reference: 9695 | 7100-000 | | 17.44 | 413.05 |
| 03/01/13 | 11009 | American Infosource Lp As Agent for | Dividend paid  6.10% on $992.28; Claim# 6; Filed: $992.28; Reference: 4925 | 7100-000 | | 60.59 | 352.46 |
| 03/01/13 | 11010 | American Infosource Lp As Agent for | Dividend paid  6.10% on $1,099.81; Claim# 7; Filed: $1,099.81; Reference: 2046 | 7100-000 | | 67.15 | 285.31 |
| 03/01/13 | 11011 | American Infosource Lp As Agent for | Dividend paid  6.10% on $138.06; Claim# 8; Filed: $138.06; Reference: 6360 | 7100-000 | | 8.43 | 276.88 |
| 03/01/13 | 11012 | PAUL T. GEFREH | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 276.88 | 0.00 |
| | | | Dividend paid 100.00%          223.84 on $223.84;  Claim# ; Filed: $223.84 | 2100-000 | M | | 0.00 |
| | | | Dividend paid 100.00%           53.04 on $53.04;  Claim# ; Filed: $53.04 | 2200-000 | M | | 0.00 |

|  | | | | ACCOUNT TOTALS | 895.36 | 895.36 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 895.36 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 895.36 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$895.36** | |

{} Asset reference(s)        T-Transfer        M-Memo        Printed: 04/22/2013 12:53 PM        V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-23542-ABC
**Case Name:** COSGROVE, JAROD C.
COSGROVE, SHANNON E.
**Taxpayer ID #:** **-***9102
**Period Ending:** 04/22/13

**Trustee:** PAUL T. GEFREH (260140)
**Bank Name:** Rabobank, N.A.
**Account:** ****866165 - Checking Account
**Blanket Bond:** $84,384,262.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 895.36 | | | | |
| | | Net Estate : | $895.36 | | | | |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | Checking # 9200-******03-65 | 895.36 | 0.00 | 0.00 |
| | Checking # ****866165 | 0.00 | 895.36 | 0.00 |
| | | $895.36 | $895.36 | $0.00 |

{} Asset reference(s)          T-Transfer

Printed: 04/22/2013 12:53 PM     V.13.13