UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Jarod C. Cosgrove | ) | Case No. 10-23542-ABC |
| SSN: xxx-xx-9402 | ) | Chapter 7 |
| Shannon E. Cosgrove | ) | |
| SSN: xxx-xx-1331 | ) | |
| | ) | |
| Debtors. | ) | |

## UNITED STATES TRUSTEE'S
## MOTION TO REOPEN UNDER 11 U.S.C. § 350

The United States Trustee ("UST"), by and through his undersigned counsel, hereby requests that the Court reopen this Chapter 7 case pursuant to 11 U.S.C. § 350, that the fee be waived, and that the UST be authorized to reappoint Paul Gefreh, Esq. as Chapter 7 Trustee. In support of his Motion to Reopen, the UST states as follows:

1. The above-captioned case was initiated by the filing of a Voluntary Chapter 7 Petition on May 28, 2010. Paul Gefreh, Esq. was appointed Trustee shortly thereafter.

2. The Trustee conducted the § 341 Meeting of Creditors on July 20, 2010. The Debtor and his attorney appeared at the § 341 Meeting of Creditors.

3. The Chapter 7 Trustee's Final Account was filed on May 16, 2013, after the Bankruptcy Estate was fully administered and all distributions cleared the bank.

4. On May 17, 2013 this Court accepted the Chapter 7 Trustee's Final Account and closed the case and discharged Trustee Paul Gefreh.

5. On June 10, 2013, after the closing of the case, the United States Department of Education returned their distribution of funds to Trustee Paul Gefreh.

6. The UST requests that the Court enter an order reopening this case so that the Trustee may distribute the returned funds to the remaining creditors in this case.

7. Thus, the UST wishes to reappoint Paul Gefreh, Esq. as trustee to issue the distribution of funds to the remaining creditors in the case.

WHEREFORE the UST respectfully requests that the Court reopen the above-captioned case, waive the fee, authorize the UST to reappoint Paul Gefreh, Esq. as trustee, and grant such other and further relief as the Court deems proper and just under the facts of this case.

Dated: June 11, 2013.                           RESPECTFULLY SUBMITTED,

                                                RICHARD A. WIELAND
                                                UNITED STATES TRUSTEE

                                                */s/ Alison E. Goldenberg*
                                                By: Alison E. Goldenberg, #37138
                                                Trial Attorney for the United States Trustee
                                                999 18th Street, Suite 1551
                                                Denver, Colorado 80202
                                                303.312.7238 telephone
                                                303.312.7259 facsimile
                                                Alison.Goldenberg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **UNITED STATES TRUSTEE'S MOTION TO REOPEN UNDER 11 U.S.C. § 350** were mailed, postage prepaid, at the date set forth below to the following individuals.

Dated: June 11, 2013.

| | |
|---|---|
| Jarod C. Cosgrove | Paul Gefreh |
| Shannon E. Cosgrove | 2125 N. Academy |
| 5150 Airport Road #B93 | Colorado Springs, CO 80909 |
| Colorado Springs, CO 80916 | |
| | UNITED CONSUMER FINANCIAL SERV |
| Stephen H. Swift | Bass & Associates, P.C. |
| 733 E. Costilla St. | 3936 E. Ft. Lowell Road, Suite #200 |
| Ste. A & B | Tucson, AZ 85712 |
| Colorado Springs, CO 80903 | |

                                                */s/ Nicole Zollars*
                                                Paralegal Specialist
                                                Office of the United States Trustee